EDWARD S. KOCH, PLAINTIFF-RESPONDENT, v. BOROUGH OF SEASIDE HEIGHTS, A MUNICIPAL CORPORATION, DEFENDANT-APPELLANT.

Argued September 24, 1956—Decided October 1, 1956.

*Mr. Vincent A. Grasso* argued the cause for the appellant (*Messrs. Hiering and Grasso,* attorneys).

There was no appearance for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Conford in the court below.

*For affirmance*—Justices HEHER, WACHENFELD, BURLING, JACOBS and BRENNAN—5.

*For reversal*—Justice OLIPHANT—1.